A14A1934. KLIESRATH et al. v. ESTATE OF DAVIS et al.
(788 SE2d 499)

PHIPPS, Presiding Judge.

In *Kliesrath v. Estate of Davis*,[1] the Supreme Court of Georgia vacated our decision in *Kliesrath v. Estate of Davis*,[2] determining that we did not have jurisdiction of the appeal. Accordingly, we adopt the opinion of the Supreme Court as our own and dismiss the appeal.

*Appeal dismissed. Ellington, P. J., and McMillian, J., concur.*

DECIDED JUNE 15, 2016.

*Laura K. Johnson, Terri N. Gordon*, for appellants.
*Moss & Rothenberg, Robert A. Moss*, for appellees.

---

[18] *See id.*

[1] *Kliesrath v. Estate of Davis*, 298 Ga. 872 (786 SE2d 238) (2016).

[2] See *Kliesrath v. Estate of Davis*, 331 Ga. App. XXIV (March 30, 2015) (unpublished).